KOG
11/29/19

DEH/LJW: USAO # 2018R00929

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 FEB -4  AM 11:54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. ELH-19-054 |
| v. | * | |
| | * | (Unlawful Transfer and Possession of |
| WILLIAM E. TYLER | * | Machinegun, 18 U.S.C. § 922(o); |
| | * | Forfeiture, 18 U.S.C. § 924(d)) |
| Defendant | * | |

*******

## INFORMATION

### COUNT ONE
(Unlawful Transfer and Possession of Machineguns)

The United States Attorney for the District of Maryland charges that at all times relevant to this Information:

1.      Between in or about November 8, 2017 and January 15, 2019, in the District of Maryland and elsewhere,

### WILLIAM E. TYLER

the defendant herein, did knowingly transfer and possess machineguns, that is, a Ruger .223 caliber, model KAC556 machinegun bearing serial number 19201541 and a Ruger .223 caliber, model KAC556 machinegun bearing serial number 19201542, in violation of Title 18, United States Code Section 922(o).

18 U.S.C. § 922(o).

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P. notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the Defendant's conviction under Count One of this Information.

2. As a result of the offense alleged in Count One of this Information, the Defendant,

**WILLIAM E. TYLER,**

shall forfeit to the United States the firearms involved in the commission of the offense, to wit, two Ruger .223 caliber, model KAC556 machine guns bearing serial numbers 19201541 and 19201542, and the ammunition therein.

18 U.S.C. § 924(d).
18 U.S.C. § 2461(c).

*Robert K. Hur* /DEH
ROBERT K. HUR
UNITED STATES ATTORNEY