IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                    Criminal No. ELH-19-054

WILLIAM TYLER,

    *Defendant.*

*[Handwritten annotation: The Clerk is directed to unseal ECF 43. ELH, USDJ, 6/22/20]*

### ORDER

The Court has received defendant's "Motion To Further Defer Self-Surrender Date And For Consideration Of Home Detention." ECF 40. Because the self-surrender date is set for June 29, 2020, government counsel is directed to respond to the Motion by **June 23, 2020.**

So, ORDERED, this 15th day of June, 2020.

                                                            /s/
                                       Ellen L. Hollander
                                       United States District Judge